IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | No. 1:23-CV-43-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| DARCY D. QUAM, ERIC HOPPE, | § | |
| THISTLE CREEK FARMS, | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

ORDER: (1) ADOPTING REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE; AND (2) DENYING ERIC HOPPE'S MOTION

Before the Court is a Report and Recommendation ("the Report") (Dkt. # 47) submitted by United States Magistrate Judge Dustin Howell. After reviewing the Report, the Court **ADOPTS** Judge Howell's recommendations and **DENIES** Pro Se Defendant Eric Hoppe's Motion to Dismiss (Dkt. # 42).

Judge Howell's Report reviews Hoppe's motion to dismiss, which argues that the Government's claim to enforce tax liens against him should be dismissed because it was not verified in compliance with Supplemental Rule C(2)(a) for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"). (Dkt. # 42.) Judge Howell determined however that because the Government's claim seeks to enforce a federal tax lien against real property pursuant to Section 7403 of the Internal Revenue Code, the Supplemental

Rules do not apply to this case. (Dkt. # 47 at 3.) Judge Howell thus recommended Hoppe's motion be denied. (Id.)

Objections to the Report were due within 14 days after being served with a copy. Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Report for clear error. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful consideration, the Court adopts the Magistrate Judge's Report. The Court finds the Magistrate Judge's conclusion that Hoppe's motion should be denied because it is without merit is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. # 47) as the opinion of the Court and **DENIES** Hoppe's motion to dismiss (Dkt. # 42).

**IT IS SO ORDERED.**

**DATE:** Austin, Texas, September 17, 2025.

_____
David Alan Ezra
Senior United States District Judge